IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Cynthia Diveglia,                             :
                    Appellant                 :
                                              :
          v.                                  :     No. 1702 C.D. 2016
                                              :
Commonwealth of Pennsylvania,                 :
Department of Transportation,                 :
Bureau of Driver Licensing                    :

## **O R D E R**

NOW, August 8, 2017, having considered appellant's application for reargument, the application is denied.

                                    _____
                                    MARY HANNAH LEAVITT,
                                    President Judge